**FILED**
CHARLOTTE, NC

SEP 1 7 2014

US District Court
Western District of NC

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA**

MISC. NO. 3:14 MC 178

| | | |
|---|---|---|
| IN RE: | ) | |
| NOTICE OF WITHDRAWAL OF | ) | |
| CO-COUNSEL IN CRIMINAL ASSET | ) | **ORDER** |
| FORFEITURE CASES | ) | |
| | ) | |

In any criminal case in this district where an attorney for the United States has made an appearance as co-counsel of record for the limited purpose of representing the government regarding asset forfeiture, the attorney may terminate the appearance as co-counsel by filing a notice of termination. No motion and order of the Court to allow such termination shall be required.

Upon filing, the Clerk is directed to provide copies of this Order to all District Court Judges and Magistrate Judges and to the United States Attorney.

IT IS SO ORDERED, this __17th__ day of __September__, 2014.


Frank D. Whitney, Chief
United States District Judge


Robert J. Conrad, Jr.
United States District Judge


Max O. Cogburn, Jr.
United States District Judge


Martin K. Reidinger
United States District Judge


Richard L. Voorhees
United States District Judge


Graham C. Mullen, Senior
United States District Judge